UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ILLINOIS

TIMIKA L. JONES,

    Plaintiff,

v.

BAYER HEALTHCARE
PHARMACEUTICALS, INC.,

    Defendants.                            No. 15-cv-65-DRH

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** This matter is before the Court on Defendant's Motion to Dismiss (Doc. 10).

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Order entered on May 5, 2015 (Doc. 15) granting Defendant's Motion to Dismiss, this case is **DISMISSED** with prejudice as to all parties.

                                        JUSTINE FLANAGAN,
                                        ACTING CLERK OF COURT

                                BY:    */s/Caitlin Fischer*
                                          **Deputy Clerk**

Dated:  May 5, 2015

Digitally signed by David R. Herndon
Date: 2015.05.05 16:12:16 -05'00'

APPROVED:
        U.S. DISTRICT JUDGE
        U. S. DISTRICT COURT